# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WENLEI ZHONG,                        : Docket 22-cv-2319
    Administrator of the Estate  :
    of Wenhao Zhong              :
                                 :
v.                                   :
                                 :
CITY OF PHILADELPHIA, et al.         :

## Order

**AND NOW**, to wit, this _____ day of _____, 2022, the Court hereby **FINDS** and **ORDERS** that Plaintiff's Motion to Continue sentencing is **GRANTED**. The Rule 16 conference is hereby continued until _____.

 

BY THE COURT:

_____
PRATTER, J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENLEI ZHONG, | : | Docket 22-cv-2319 |
|     Administrator of the Estate | : | |
|     of Wenhao Zhong | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

### Defendant's Motion for Continue Sentencing

TO THE HONORABLE GENE E.K. PRATTER, JUDGE OF THE SAID COURT:

Plaintiff, Wenlei Zhong, by and through his attorney, Brian J. Zeiger, Esquire, hereby moves to continue the October 13, 20222, Rule 16 conference and states as follows:

## I. BACKGROUND

1. The Court scheduled a Rule 16 in the above-captioned matter for October 13, 2022.

2. Plaintiff's counsel is attached in the Court of Common Pleas of Philadelphia before the Honorable Mia Perez in *Commonwealth v. Clifford Daniels*, CP-51-CR-0002933-2020. *See Attached*.

3. Plaintiff's counsel was informed by Judge Perez that jury selection would begin on Tuesday, October 11, 2022, or Wednesday, October 12, 2022.

4. Accordingly, counsel believes he will be on trial and asks this Honorable Court to continue the Rule 16 conference.

5. Alternatively, counsel asks this Honorable Court for permission to contact chambers on Wednesday, October 12, 2022, with an update as to whether the jury trial actually started.

6. This is counsel's first request for a continuance.

7. The attorneys for the Defendants have been made aware of Plaintiff's counsel's jury trial scheduled for next week.

8. Accordingly, Plaintiff by and through undersigned counsel, requests a continuance.

**WHEREFORE**, Plaintiff, Wenlei Zhong, respectfully requests this Honorable Court enter the proposed Order.

Respectfully submitted,

*Brian J. Zeiger, Esquire /S*
LEVIN & ZEIGER LLP
By: Brian J. Zeiger, Esquire
Two Penn Center
1500 JFK Blvd., Suite 620
Philadelphia, PA 19102
(215) 546.0340
(215) 279-8702 (fax)
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENLEI ZHONG, : | Docket 22-cv-2319 |
|     Administrator of the Estate : | |
|     of Wenhao Zhong : | |
| : | |
| v. : | |
| : | |
| CITY OF PHILADELPHIA, et al. : | |

## Certificate of Service

I, Brian J. Zeiger, Esquire, hereby certify that I am this day filing the Plaintiff's Motion to Continue and serving a true and correct copy of same upon the assigned Defense counsel.

                                                *Brian J. Zeiger, Esquire /S*
LEVIN & ZEIGER LLP
By:  Brian J. Zeiger, Esquire
Two Penn Center
1500 JFK Blvd., Suite 620
Philadelphia, PA  19102
(215) 546.0340
(215) 279-8702 (fax)
Attorney for Defendant

DATED:  October 7, 2022.