

Commonwealth of Pennsylvania
v.
Clifford Daniels

Page 1 of 6

## CASE INFORMATION

| | |
|---|---|
| Judge Assigned: Anhalt, Diana L. | Date Filed: 10/13/2020   Initiation Date: 10/13/2020 |
| OTN: U 208775-0   LOTN: | Originating Docket No: MC-51-CR-0014399-2020 |
| Initial Issuing Authority: James M. DeLeon | Final Issuing Authority: |
| Arresting Agency: Philadelphia Pd | Arresting Officer: Nyuma, Joseph II |
| Complaint/Citation No.: 2024053735-0014399 | Incident Number: 2024053735 |

Case Local Number Type(s) | Case Local Number(s)
--- | ---
Originating Docket Number | MC-51-CR-0014399-2020
District Control Number | 2024053735
Originating Document Number | 2024053735-0014399

## STATUS INFORMATION

Case Status: Active

| Status Date | Processing Status |
|---|---|
| 09/23/2022 | Awaiting Trial Readiness Conference |
| 12/10/2021 | Awaiting Trial Readiness Conference |
| 08/16/2021 | Awaiting Trial Readiness Conference |
| 03/29/2021 | Awaiting Trial |
| 03/29/2021 | Awaiting Formal Arraignment |
| 11/13/2020 | Awaiting Trial |
| 10/19/2020 | Awaiting Formal Arraignment |
| 10/13/2020 | Awaiting Filing of Information |

Arrest Date: 07/31/2020

Complaint Date: 07/31/2020

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET



Docket Number: CP-51-CR-0002933-2020
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Clifford Daniels

Page 2 of 6

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 10/23/2020 | 11:00 am | 1104 | Trial Commissioner Susan Carmody | Scheduled |
| Scheduling Conference | 11/13/2020 | 9:00 am | 1108 | Judge Diana L. Anhalt | Scheduled |
| Motions Hearing | 01/22/2021 | 9:00 am | 1108 | Judge Diana L. Anhalt | Continued |
| Motions Hearing | 02/02/2021 | 9:00 am | 1108 | Judge Diana L. Anhalt | Continued |
| Motions Hearing | 02/25/2021 | 9:00 am | 1108 | Judge Diana L. Anhalt | Continued |
| Motions Hearing | 03/29/2021 | 9:00 am | 1108 | Judge Diana L. Anhalt | Scheduled |
| Trial | 08/16/2021 | 9:00 am | 1108 | Judge Diana L. Anhalt | Scheduled |
| Trial Readiness Conference | 05/09/2022 | 9:00 am | 807 | Judge Diana L. Anhalt | Continued |
| Trial Readiness Conference | 05/09/2022 | 9:00 am | 1108 | Judge Diana L. Anhalt | Moved |
| Jury Trial | 05/23/2022 | 9:00 am | 807 | Judge Diana L. Anhalt | Continued |
| Jury Trial | 05/23/2022 | 9:00 am | 1108 | Judge Diana L. Anhalt | Moved |
| Trial Readiness Conference | 09/23/2022 | 9:00 am | 807 | Judge Diana L. Anhalt | Moved |
| Trial Readiness Conference | 10/05/2022 | 10:00 am | 801 | Judge Mia Roberts Perez | Scheduled |
| Jury Trial | 10/07/2022 | 9:00 am | 807 | Judge Diana L. Anhalt | Moved |
| Jury Trial | 10/11/2022 | 10:00 am | 801 | Judge Mia Roberts Perez | Scheduled |

## DEFENDANT INFORMATION

| Date Of Birth: | 02/06/1993 | City/State/Zip: | Philadelphia, PA 19134 |
|---|---|---|---|

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Daniels, Clifford |

## BAIL INFORMATION

**Daniels, Clifford**  **Nebbia Status:** None

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 08/01/2020 | Monetary | 10.00% | $500,000.00 | | |
| | | | | | Posted | 08/10/2020 |

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | | **18 § 901** | Criminal Attempt - Murder | 07/26/2020 | U 208775-0 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET

Docket Number: CP-51-CR-0002933-2020
### CRIMINAL DOCKET
Court Case

Page 3 of 6



Commonwealth of Pennsylvania

v.

Clifford Daniels

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 2 | 2 |  | 18 § 2702 | Aggravated Assault - Attempts to cause SBI or causes injury with extreme indifference | 07/26/2020 | U 208775-0 |
| 3 | 3 |  | 18 § 6106 | Firearms Not To Be Carried W/O License | 07/26/2020 | U 208775-0 |
| 4 | 4 |  | 18 § 6105 | Possession Of Firearm Prohibited | 07/26/2020 | U 208775-0 |
| 5 | 5 |  | 18 § 6108 | Carry Firearms Public In Phila | 07/26/2020 | U 208775-0 |
| 6 | 6 |  | 18 § 907 | Poss Instrument Of Crime W/Int | 07/26/2020 | U 208775-0 |
| 7 | 7 |  | 18 § 2701 | Simple Assault | 07/26/2020 | U 208775-0 |
| 8 | 8 |  | 18 § 2705 | Recklessly Endangering Another Person | 07/26/2020 | U 208775-0 |

## DISPOSITION SENTENCING/PENALTIES

Disposition
  Case Event                                    Disposition Date              Final Disposition
    Sequence/Description                          Offense Disposition           Grade   Section
      Sentencing Judge                              Sentence Date                 Credit For Time Served
        Sentence/Diversion Program Type               Incarceration/Diversionary Period     Start Date
          Sentence Conditions

**Lower Court Proceeding (generic)**
Preliminary Hearing                              10/09/2020                    Not Final
  1 / Criminal Attempt - Murder                    Held for Court                        18 § 901
  2 / Aggravated Assault - Attempts to cause SBI or   Held for Court                     18 § 2702
    causes injury with extreme indifference
  3 / Firearms Not To Be Carried W/O License       Held for Court                        18 § 6106
  4 / Possession Of Firearm Prohibited             Held for Court                        18 § 6105
  5 / Carry Firearms Public In Phila               Held for Court                        18 § 6108
  6 / Poss Instrument Of Crime W/Int               Held for Court                        18 § 907
  7 / Simple Assault                               Held for Court                        18 § 2701
  8 / Recklessly Endangering Another Person        Held for Court                        18 § 2705

**Proceed to Court**         Defendant Was Not Present
Information Filed                                10/19/2020                    Not Final
  1 / Criminal Attempt - Murder                    Proceed to Court                      18 § 901
  2 / Aggravated Assault - Attempts to cause SBI or   Proceed to Court                   18 § 2702
    causes injury with extreme indifference
  3 / Firearms Not To Be Carried W/O License       Proceed to Court                      18 § 6106
  4 / Possession Of Firearm Prohibited             Proceed to Court                      18 § 6105
  5 / Carry Firearms Public In Phila               Proceed to Court                      18 § 6108
  6 / Poss Instrument Of Crime W/Int               Proceed to Court                      18 § 907
  7 / Simple Assault                               Proceed to Court                      18 § 2701
  8 / Recklessly Endangering Another Person        Proceed to Court                      18 § 2705

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET

Docket Number: CP-51-CR-0002933-2020
### CRIMINAL DOCKET
Court Case

Page 4 of 6



Commonwealth of Pennsylvania
v.
Clifford Daniels

| **COMMONWEALTH INFORMATION** | | **ATTORNEY INFORMATION** | |
|---|---|---|---|
| Name: | Philadelphia County District Attorney's Office<br>Prosecutor | Name: | Brian J. Zeiger<br>Private |
| Supreme Court No: | | Supreme Court No: | 087063 |
| Phone Number(s): | | Rep. Status: | Active |
| 215-686-8000 | (Phone) | Phone Number(s): | |
| Address: | | 215-546-0340 | (Phone) |
| 3 South Penn Square<br>Philadelphia, PA 19107 | | 215-279-8702 | (Fax) |
| | | 267-978-3456 | (Mobile) |
| | | Address: | |
| | | Levin & Zeiger Llp<br>1500 Jfk Blvd Ste 620<br>Philadelphia, PA 19102 | |
| | | Representing: Daniels, Clifford | |

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 10/13/2020 | | Court of Common Pleas - Philadelphia County |
| Held for Court | | | |
| 1 | 10/19/2020 | | Krasner, Larry |
| Information Filed | | | |
| 3 | 10/20/2020 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 2 | 11/13/2020 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 5 | 11/13/2020 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 6 | 11/13/2020 | | Anhalt, Diana L. |
| Scheduling Conference Held | | | |
| 1 | 01/21/2021 | | Philadelphia County District Attorney's Office |
| Motion to Amend Bills of Information | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
**DOCKET**



Docket Number: CP-51-CR-0002933-2020
## CRIMINAL DOCKET
Court Case

Page 5 of 6

Commonwealth of Pennsylvania
v.
Clifford Daniels

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 01/22/2021 | | Anhalt, Diana L. |
| Status Listing | | | |
| 4 | 01/22/2021 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 3 | 02/03/2021 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 3 | 02/25/2021 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 4 | 02/25/2021 | | Anhalt, Diana L. |
| Order Granting Motion for Continuance | | | |
| 1 | 03/29/2021 | | Anhalt, Diana L. |
| Order Granting Motion to Amend Bills of Information | | | |
| 1 | 08/16/2021 | | Anhalt, Diana L. |
| Order Granting Motion for Continuance | | | |
| 3 | 08/16/2021 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 5 | 08/16/2021 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 2 | 12/10/2021 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 4 | 12/10/2021 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
**DOCKET**



Docket Number: CP-51-CR-0002933-2020
## CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Clifford Daniels

Page 6 of 6

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 05/09/2022 | | Anhalt, Diana L. |
| Joint Request For Continuance | | | |
| 4 | 05/09/2022 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 7 | 05/09/2022 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 8 | 05/09/2022 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 2 | 09/23/2022 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 3 | 09/23/2022 | | Anhalt, Diana L. |
| Status Listing | | | |
| 2 | 10/05/2022 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 3 | 10/05/2022 | | Perez, Mia Roberts |
| Status Listing | | | |

### CASE FINANCIAL INFORMATION

Last Payment Date:      Total of Last Payment:

| **Daniels, Clifford** Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Bail Bond (Philadelphia) | $10.00 | $0.00 | ($10.00) | $0.00 | $0.00 |
| Costs/Fees Totals: | $10.00 | $0.00 | ($10.00) | $0.00 | $0.00 |
| Grand Totals: | $10.00 | $0.00 | ($10.00) | $0.00 | $0.00 |

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.