IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENLEI ZHONG, Administrator of the Estate of Wenhao Zhong,<br>*Plaintiff* | :<br>:<br>:<br>: | CIVIL ACTION |
| v. | :<br>: | |
| CITY OF PHILADELPHIA et al.,<br>*Defendants* | :<br>: | No.  22-2319 |

**ORDER**

**AND NOW**, this 2nd day of December, 2022, upon consideration of Defendants' Partial Motion to Dismiss (Doc. No. 5), it is hereby **ORDERED** that the motion (Doc. No. 5) is **GRANTED.** Counts I and III of Mr. Zhong's Complaint (Doc. No. 1) are **DISMISSED.**

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1