IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENLEI ZHONG, Administrator of the Estate of Wenhao Zhong,<br>*Plaintiff*<br><br>v.<br><br>CITY OF PHILADELPHIA et al.,<br>*Defendants* | CIVIL ACTION<br><br><br><br><br><br>No. 22-2319 |

## ORDER

**AND NOW**, this 31st day of January, 2023, upon consideration of the parties' agreement to confer to pursue the potential for alternative resolution of the above-captioned case as communicated by letter on January 30, 2023, it is **ORDERED** that the above-captioned case is referred to Magistrate Judge Lynne A. Sitarski for a conference to discuss an alternative resolution at such time and under such terms as Judge Sitarski may determine. The Court will issue a scheduling order, if necessary, upon completion of the conference.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1